UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DAVID BARNER,<br><br>    Plaintiff,<br><br>  vs.<br><br>MONUMENT HEALTH RAPID CITY HOSPITAL, INC. and RODNEY M. SAMUELSON,<br><br>    Defendants. | 5:21-CV-05073-KES<br><br><br><br>JUDGMENT |

Under the parties' stipulation for dismissal, it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

Dated February 8, 2022.


BY THE COURT:


/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE